UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. _____ 07 CIV 9370 _____

------------------------------------x

**Certification of Service
Summons and Complaint**

**CONDADO AGROEXPORTADORA LTDA,**

       Plaintiff,

   -against-

**USA TROPICAL, INC., HARI CHAND and HON CHAND,**

       Defendants.

------------------------------------x

_____ GENE LOMBARDO _____ certifies the following under penalty of perjury:

1. I am over 18 years old and not a party to this action.

2. On _____ OCTOBER 9, 2007 _____ I served true copies of the ~~corrected~~ summons and complaint upon _____ USA TROPICAL, INC., HARI CHAND and HON CHAND _____ Defendants by hand delivery of:

A) ☑ 1 Copy to ___     HON CHAND   (in His/**Her**) individual capacity.
       2 Copy to ___     HON CHAND   as an officer of _____ USA TROPICAL, INC.
                                                        and for Officer Hari Chand
       Address of Service - _____ 91-41 LEFFERTS BLVD. RICHMOND HILL, NY 11418 _____

B) ☑ And, on _10/19/07_ by mailing true copies of the summons and complaint to _HARI + HON CHAND + USA TROPICAL, INC_ defendants by first in a postage paid envelope marked "personal and confidential" and not identified as being mailed.

C) Copies to who identified himself/herself as a cashier, receptionist, officer director and/or manager of _____ (Corporate Defendant), who stated that He/She was authorized to accept service on behalf of _____.

3. The above named person served is described as follows: (Hon Chand)

Sex: _F_    Age: _45_    Weight: _130_
            Height: _5'1_   Color: _BROWN_

Identifying Features: _____

Dated _10/19/07_    x _[signature: Gene Lombardo]_