FROM :ANDREW_SQUIRE                FAX NO. :718 771 2243         Dec. 11 2007 09:32PM P1
12/11/2007  14:57   1-516-767-7115         WOLFE & YUKELSON              PAGE 03

DEC 1  2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CONDATO AGROEXPORTADORA LTDA,

                Plaintiff,         Index No.: 07 CIV 9370

    -against-                STIPULATION EXTENDING
                                          TIME TO ANSWER
USA TROPICAL, INC., HARI CHAND
and HON CHAND

                Defendants.
----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the plaintiff CONDATO AGROEXPORTADORA LTDA., and the undersigned attorneys of record for defendants USA TROPICALE, INC., h/s/a USA TROPICAL, INC. and HARI CHAND that the time to Answer or move with respect to the Complaint in this matter be extended to February 5, 2008 and that lack of personal jurisdiction as an affirmative defense to this claim is hereby waived.

Dated: Port Washington, New York
       December 11, 2007

ANDREW SQUIRE, ESQ. (AS6696)        By: Bruce Yukelson (BY8986)
Attorney for Plaintiff              WOLFE & YUKELSON PLLC
CONDATO AGROEXPORTADORA LTDA.     Attorneys for Defendants
379 Decatur Street                     USA TROPICALE, INC., h/s/a
Brooklyn, New York 11233            USA TROPICAL, INC., and
(718) 771-2221                        HON CHAND
                                                  14 Vanderventer Ave., Ste. 10
                                                  Port Washington, NY 11050
                                                  (516) 767-7100

                                                  SO ORDERED:

                                                  WILLIAM H. PAULEY III U.S.D.J.
                                                  12/17/2007