# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

CONDATO AGROEXPORTADORA LTDA.,

        Plaintiff,

-v-

USA TROPICAL, INC., HARI CHAND and HON CHAND,

        Defendant.

Case No. 07 CV 9370

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for USA TROPICALS, INC., s/h/a USA TROPICAL, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        NONE

**Date:** February 6, 2008

Signature of Attorney

**Attorney Bar Code:** BY-8986

Form Rule7_1.pdf  SDNY Web 10/2007