**WOLFE & YUKELSON PLLC**
ATTORNEYS AT LAW
14 Vanderventer Avenue, Suite 101
Port Washington, NY 11050
(516) 767-7100
(516) 767-7115 (Fax)

FEB 1 1 2008

BRUCE YUKELSON

NOREEN M. REVUELT

2/14/08

LEONARD ADLER
OF COUNSEL

February 11, 2008

VIA FAX 212-805-6390
Hon. William H. Pauley, III
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2210
New York, New York 10007
Courtroom 11I

Re: <u>Index No.: 07 CIV 9370</u>
<u>Condado v. USA Tropical Inc.</u>

Honorable Sir:

Please be advised that this office represents the defendants in this matter. On February 8, 2008, an answer was served on behalf of defendants USA TROPICAL INC. and HARI CHAND. Bruce Yukelson is the attorney from this office handling this file and on the following day, February 9, 2008, he left the country for a two week vacation. On February 11, 2008, I received a letter via fax from plaintiff's attorney, advising that a preliminary conference is scheduled for February 15, 2008. I contacted plaintiff's attorney, Andrew Squire, and advised that since Mr. Yukelson is away and did not know about this conference, my office would like to get an adjournment of the conference. Mr. Squire gave consent to the adjournment.

<u>Please allow this letter to serve as our formal request for an adjournment of the scheduled preliminary conference in this matter until a date after February 25, 2008.</u>

Very truly yours,

WOLFE & YUKELSON PLLC

Noreen M. Revuelta

cc: Andrew Squires, Esq.

USATROPICAL\12-11-07.CRT

Application Granted. The initial pre-trial conference is adjourned to March 14, 2008 at 12:30 p.m.
SO ORDERED:

WM H. FAULEY III U.S.D.J.
2/13/08