UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Condado Agroexportadora Ltda.
　　　　　　　Plaintiff(s),

- against -

USA Tropical, Inc., Hari Chand and tbn Chand
　　　　　　　Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

3/18/08

07 Civ. 9370 (WHP)(MHD)

IT IS HEREBY STIPULATED by the undersigned:

　　1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

　　2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s) Andrew Squire
Address 319 Decatur Street, Brooklyn NY 11233
Telephone 718-771-2221

_____
Wolfe & Yukelson
Noreen M. Yukelson
Attorney(s) for Defendant(s)
Address 14 Vanderventer Ave, Port Washington, NY 11050
Telephone 516-767-7100

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
　　　　　U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99