```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
CONDADO AGROEXPORTADORA LTDA,      :
                                   :
                    Plaintiff,     :         ORDER
                                   :
        -against-                  :   07 Civ. 9370 (WHP)(MHD)
                                   :
USA TROPICAL, INC., et al.,        :
                                   :
                    Defendants.    :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that an initial conference has been scheduled in the above-captioned action on **WEDNESDAY, APRIL 30, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
         April 18, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been transmitted this date to:

Andrew N. Squire, Esq.
Andrew Squire, Esq.
379 Decatur Street
Brooklyn, NY 11233
Fax: 718-771-2243

Bruce Yukelson, Esq.
Wolfe & Yukelson PLLC
14 Vanderventer Avenue, Suite 101
Port Washington, NY 11050
Fax: 516-767-7115