```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CONDADO AGROEXPORTADORA LTDA,       :
                                    :
                  Plaintiff,        :           ORDER
                                    :
       -against-                    :      07 Civ. 9370 (MHD)
                                    :
USA TROPICAL, INC., et al.,         :
                                    :
                  Defendants.       :
                                    :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-trial conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. All fact discovery is to be completed by **MONDAY, JUNE 30, 2008.**

2. The parties are to designate their expert witnesses and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by **MONDAY, JULY 14, 2008.**

3. All remaining expert witness discovery is to be completed by **THURSDAY, JULY 31, 2008.**

4. The parties are to submit a joint pre-trial order by **TUESDAY, SEPTEMBER 2, 2008**, unless a potentially dispositive motion has been served by that date.

DATED:  New York, New York
        April 30, 2008

                                        SO ORDERED.

                                        _____
                                        **MICHAEL H. DOLINGER**
                                        **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been transmitted this date to:

Andrew N. Squire, Esq.
Andrew Squire, Esq.
379 Decatur Street
Brooklyn, NY 11233
Fax: 718-771-2243

Bruce Yukelson, Esq.
Wolfe & Yukelson PLLC
14 Vanderventer Avenue, Suite 101
Port Washington, NY 11050
Fax: 516-767-7115