FROM : ANDREW SQUIRE                          FAX NO. :718 771 2243         Aug. 27 2008 03:41PM P1

**ANDREW SQUIRE, ESQ.**
*379 Decatur Street*
**Brooklyn NY 11233**
*718 771 2221*
*718 771 2243 (fax)*
*Squire782@aol.com*

Via fax: 212-805-7928
Hon. Michael H. Dollinger
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York NY 10007
Courtroom 11T

Condado Agroexportadora LTDA v. USA TROPICAL INC ET.AL.

RE:    United States District Court
       Southern District of New York
       Case#: 07 CIV 9370

Honorable Sir:

This letter is written to request the Court to extend the due date of the Joint Pretrial Order from September 2, 2008, to October 7, 2008. Based upon settlement expectations by both parties and their counsel to date disclosure has not been completed.

Contrary to our mutual expectations, the matter having been referred to Judge Pittman for settlement, we were not able to conclude this matter.

At the close of our settlement conference both parties agreed to exchange all relevant documents prior to the trial.

In order to complete our informal disclosure prior to our submission of the Joint Pretrial Order, both parties jointly request that the due date of the Joint Pretrial Order be extended from September 2, 2008 to October 7, 2008.

There have been no previous requests for an extension of the pretrial conference.

The adversary consents to the request made herein.

Respectfully,

Andrew Squire

AS/is
Cc:    Wolfe & Yukelson PLLC (via fax: 516-767-0115)

74\ltr8.08\msw

ENDORSED ORDER

Discovery has long since closed. The joint pretrial order is to be resubmitted by no later than Sept. 30, 2008. No further extensions will be granted. Trial will start Oct. 6, 2008.